UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHNNY J. GREEN | : | DOCKET NO. 2:04-cv-1797<br>Section P |
| VS. | : | JUDGE TRIMBLE |
| RICHARD T. HAIK | : | MAGISTRATE JUDGE WILSON |

### TRANSFER ORDER

Before the Court is a petition for writ of *habeas corpus* filed by *pro se* petitioner, Johnny J. Green, pursuant to 28 U.S.C. §2241.

Section 2241 is the proper vehicle used to attack the manner in which a sentence is being executed, and 28 U.S.C. §2255 is the proper means of attacking errors that occurred during or before sentencing. *Ojo v. INS*, 106 F.2d 680, 683 (5th Cir.1997). Upon review of this matter, the court finds that this action attacks the validity of the sentence and should have been filed as a motion to vacate sentence pursuant to 28 U.S.C. §2255.

Motions to vacate filed pursuant to §2255 should be filed in the court where the criminal conviction and sentence were imposed. A motion to vacate sentence is ordinarily presented to the judge who presided at the original conviction and sentencing. *Blackledge v. Allison*, 431 U.S. 63, 74, 97 S.Ct. 1621, 52 L.Ed.2d 136 (1977). 28 U.S.C. §2255 provides, in pertinent part,

> A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the <u>court which imposed the sentence</u> to vacate, set aside or correct the sentence. (emphasis added).

Judge Haik of the United States District Court for the Western District of Louisiana presided over petitioner's criminal proceedings.

Accordingly;

IT IS ORDERED that the Clerk reclassify this matter as a motion to vacate sentence pursuant to 28 U.S.C. §2255 and reassign this matter to the appropriate district judge and magistrate judge.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of July, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE